■ MARY ANN SALAMONE, Appellant, v WHITE PLAINS HOSPITAL MEDICAL CENTER et al., Defendants, and PAUL PECHMAN, Respondent. [656 NYS2d 860] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about July 14, 1995, which denied plaintiff's motion to set aside the jury award of $225,000 for pain and suffering as inadequate, unanimously reversed, on the facts, without costs, and the motion granted to the extent of directing a new trial on the issue of damages for pain and suffering only unless defendant-respondent, within 30 days of the date of this order, stipulates to increase the award to $350,000 and to entry of an amended judgment in accordance therewith.

Upon review of the record, we find the jury award deviates materially from what is reasonable compensation under the circumstances (CPLR 5501 [c]) and increase the award as indicated. Concur—Nardelli, J. P., Rubin, Tom and Mazzarelli, JJ.